**DISMISS and Opinion Filed August 22, 2024**



In The

**Court of Appeals**

**Fifth District of Texas at Dallas**

**No. 05-24-00875-CV**

**RICARDO SANCHEZ, MONICA CUELLAR, INDIVIDUALLY AND AS NEXT FRIEND OF N.S. AND A.S., MINOR CHILDREN, Appellants**

**V.**

**FRANCISCO REGALADO RAMOS, Appellee**

**On Appeal from the County Court at Law No. 1**
**Dallas County, Texas**
**Trial Court Cause No. CC-21-03969-A**

## MEMORANDUM OPINION

Before Justices Molberg, Nowell, and Kennedy
Opinion by Justice Molberg

This appeal, which follows the trial court's order dismissing the suit for want of prosecution, was filed while appellants' motion to reinstate was pending. Stating the trial court has since reinstated the case, appellants have filed a motion to dismiss the appeal. *See* TEX. R. APP. P. 42.1(a)(1). We grant the motion and dismiss the appeal. *See id.*

/Ken Molberg/
KEN MOLBERG
JUSTICE

240875F.P05



## Court of Appeals
## Fifth District of Texas at Dallas

## JUDGMENT

RICARDO SANCHEZ, MONICA CUELLAR, INDIVIDUALLY AND AS NEXT FRIEND OF N.S. AND A.S., MINOR CHILDREN, Appellants

No. 05-24-00875-CV     V.

FRANCISCO REGALADO RAMOS, Appellee

On Appeal from the County Court at Law No. 1, Dallas County, Texas
Trial Court Cause No. CC-21-03969-A.
Opinion delivered by Justice Molberg, Justices Nowell and Kennedy participating.

In accordance with this Court's opinion of this date, we **DISMISS** the appeal.

We **ORDER** that appellee Francisco Regalado Ramos recover his costs, if any, of this appeal from appellant Ricardo Sanchez, Monica Cuellar, Individually and as Next Friend of N.S. and A.S., Minor Children.

Judgment entered August 22, 2024